BEFORE THE SECOND DIVISION, FEBRUARY 14, 1950

**No. 54015.**—Bloomingdale Bros., Inc. *v.* United States, protest 147394–K (New York).

Opinion by Rao, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 54016.**—B. Altman & Co., Ltd. *v.* United States, protests 507603–G, etc. (New York).

Opinion by Rao, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 54017.**—Louis Meyers & Son, Inc. *v.* United States, protests 920886–G, etc. (New York).

Opinion by Rao, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.